160 So. 274

## Jesse MASON v. CITY OF HUNTSVILLE.

### 8 Div. 63.

Court of Appeals of Alabama.
March 19, 1935.

BRICKEN, Presiding Judge.

Affirmed upon authority of Louis Gentle v. City of Huntsville, ante, p. 374, 160 So. 273.

Affirmed.